IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JAMES E. COOK, Individually and KEVIN
COOK, a Minor, BY AND THROUGH HIS
GUARDIAN AND NEXT FRIEND, JAMES
E. COOK                                                                                              PLAINTIFF

v.                                                                            CIVIL ACTION NO. 3:04cv697LN

AMSOUTH BANK; AMSOUTH INVESTMENT
SERVICES, INC.; AMSOUTH INVESTMENT
SERVICES, INC. OF MISSISSIPPI;
AMSOUTH INVESTMENT MANAGEMENT
COMPANY, LLC; JAMES B. MOOREHEAD, Individually; and
                    JOHN DOES 1-25         DEFENDANTS

**AGREED FINAL JUDGMENT
OF DISMISSAL WITH PREJUDICE**

CAME BEFORE THE COURT, the joint *ore tenus* motion of all the Parties to this Action, for entry of this Agreed Final Judgment of Dismissal with Prejudice. The Parties have represented to the Court that they have compromised and settled all of Plaintiff's claims in this suit to their respective satisfaction. Accordingly, this Court FINDS that the motion for entry of a judgment of dismissal with prejudice is well-taken.

WHEREFORE, IT IS HEREBY ORDERED AND ADJUDGED THAT:

(1)  All of Plaintiff's claims which were asserted, or which could have been asserted, in this Action are dismissed with prejudice;

(2)  This Court maintains jurisdiction over this matter for the sole purpose of enforcing the settlement agreement between the Parties, which is hereby incorporated by reference; and

(3)  Each Party shall bear his, her or its own costs, expenses and attorneys' fees.

SO ORDERED, this the  18th  day of  November,  2005.

                                        /s/ Tom S. Lee
                                        UNITED STATES DISTRICT JUDGE

1

AGREED:

 /s/ Paul N. Davis
PAUL N. DAVIS, ESQ. (MSB #8638)
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
17TH FLOOR, AMSOUTH PLAZA
POST OFFICE BOX 22567
JACKSON, MISSISSIPPI 39225-2567

ATTORNEY FOR AMSOUTH BANK,
AMSOUTH INVESTMENT SERVICES, INC.
AMSOUTH INVESTMENT SERVICES, INC.
OF MISSISSIPPI, and AMSOUTH MANAGEMENT
COMPANY, LLC,


 /s/ Donald E. Campbell
DONALD E. CAMPBELL, ESQ.
HEILMAN KENNEDY GRAHAM, PA
111 E. CAPITOL, STE. 250 (39201)
POST OFFICE DRAWER 24417
JACKSON, MS  39225-4417

ATTORNEY FOR PLAINTIFF


 /s/ Luther M. Dove, Jr.
LUTHER M. DOVE, JR., ESQ.
DOVE & CHILL
4266 INTERSTATE 55 NORTH
SUITE 108
JACKSON, MS  39211

ATTORNEY FOR JIM B. MOOREHEAD


Jackson 1111584v.1

2